Opinion issued August 14, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01236-CV

____________


A. JOE SALHA, Appellant


V.


JOEL MIRANDA AND ROSA MIRANDA, Inidividually and as next friend of
JOEL MIRANDA, JR., WALTER MIRANDA AND ZETUARD MIRANDA,
Minors, Appellees






On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No.749,389






MEMORANDUM OPINION

 On March 28, 2003, we ordered that unless, within 30 days of the date of the
order, appellant filed his brief and a reasonable explanation for failure to timely file
his brief, this Court would dismiss his appeal for want of prosecution. The 30 days
have expired and appellant has not responded.

 Accordingly, the appeal is dismissed for want of prosecution. See Tex. R.
App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Higley.